# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barron , David J. | United States Court of Appeals for the First Circuit | 08/7/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

John J. Moakley United States Courthouse
1 Courthouse Way, Suite 7710
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | Harvard Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/7/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Harvard University - part-time faculty member, salary | $27,495.00 |
| 2. 2016 | LEG, Inc. dba West Academic - book royalties | $1,566.00 |
| 3. 2016 | Wylie Agency - book royalties | $45,000.00 |
| 4. 2016 | Cornell University - book royalties | $107.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Harvard University, salary |
| 2. 2016 | Self-employed security consultant |
| 3. 2016 | The Gernert Company, book royalties |
| 4. 2016 | Juliette Kayyem Solutions LLC (see explanation in Part VIII) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania Law School | 1/28/16-1/29/16 | Philadelphia, PA | Moot Court Competition | Transportation, meals, hotel |
| 2. | University of Chicago Law School | 2/28/16-3/1/16 | Chicago, IL | Edward Levi Distinguished Visiting Jurist Program | Transportation, meals, hotel |
| 3. | Sun Valley Writers' Conference | 7/10/16-7/16/16 | Sun Valley, ID | Book presentation | Transportation, meals, lodging |
| 4. | Simon and Schuster | 10/16/16-10/17/16 | Philadelphia, PA | Book presentation | Transportation, meals, hotel |
| 5. | Simon and Schuster | 11/5/16-11/6/16 | Washington, DC | Book presentation | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/7/2017 |

6. Miami Dade College - Miami Book Fair | 11/18/16-11/20/16 | Miami, FL | Book presentation | Transportation, hotel, meals

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Shady Hill School | Tuition Agreements | L |
| 2. | Capital One | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/7/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CREF Inflation-Linked Bond Fund | A | Dividend | K | T | | | | | |
| 2. CREF Stock Fund | E | Dividend | M | T | | | | | |
| 3. Fidelity Massachusetts Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 4. Fidelity Select Biotechnology Portfolio | C | Dividend | M | T | | | | | |
| 5. TIAA Traditional Annuity | A | Interest | K | T | | | | | |
| 6. Vanguard Prime Money Mkt Fund (Y) | | | | | | | | | |
| 7. Vanguard Federal Money Market Fund (X) | A | Dividend | K | T | | | | | |
| 8. Vanguard Target Retirement 2030 Fund (Y) | | | | | | | | | |
| 9. Vanguard Inst Target Ret 2030 Fund (X) | D | Dividend | N | T | | | | | |
| 10. Vanguard Total Bond Mkt Index Inv (See explanation in part VIII) | A | Dividend | | | | | | | |
| 11. Vanguard Total Bond Mkt Index Inst | A | Dividend | K | T | | | | | |
| 12. The Girls, LLC | F | Int./Div. | P1 | T | | | | | |
| 13. Mars-B, Inc. (See Part VIII for explanation) | F | Rent | O | R | | | | | |
| 14. Mars-B, Inc. (see Part VIII for explanation) | D | Interest | O | T | | | | | |
| 15. Juliette Kayyem Solutions, LLC (See explanation in Part VIII) | | None | N | W | | | | | |
| 16. U.S. Government Securities - Series EE Bonds | A | Interest | J | T | | | | | |
| 17. New York Times Company Stock Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/7/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Target Retire 2035 Trust II | A | Dividend | J | T | | | | | |
| 19. Vanguard Tot Intl Stock lx Inst | A | Dividend | J | T | | | | | |
| 20. Vanguard Inst Index Fund Inst | A | Dividend | J | T | | | | | |
| 21. Vanguard Extended Mkt Index Inst | A | Dividend | J | T | | | | | |
| 22. Vanguard Target Retirement 2040 Fund | D | Dividend | L | T | | | | | |
| 23. Vanguard Target Retirement 2035 (See explanation in Part VIII) | D | Dividend | | | | | | | |
| 24. Vanguard Inst Target Ret 2035 Fund (X) | C | Dividend | M | T | | | | | |
| 25. Bank of America, cash accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barron , David J. | 08/7/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Lines 10 & 23: Both funds were sold and reinvested under the retirement plan, which generated income over $200 during the year, while had no value at the year end.

Lines 13 & 14: The filer has listed Mars-B in Section VII, as per last year. On advice of the Committee and in accord with the instructions, the filer is not listing the real estate or other holdings of the LLC, all of which are related to the business of Mars-B. However, the amount of the gross rents received by the LLC proportioned to the [redacted] of the filer is reported in Column B. The amount information was inadvertently omitted from the 2015 report.

Line 15: No income is reported for Juliette Kayyem Solutions, LLC in Column B, given the nature of its holdings. The total value of the assets of the LLC are reflected by the valuation in Column C.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David J. Barron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544